UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-895-AP

**GEORGIA M. GONZALES,**

    Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL**

For Plaintiff:

    Georgia M. Gonzales, Plaintiff Pro Se
    16336 Road G
    Ordway, CO 81063
    (719) 267-4025

For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant U.S. Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    d_meachum@hotmail.com; debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed:   **05/17/05.**

   B. Date Complaint Was Served on U.S. Attorney's Office:   **06/1/05**.

   C. Date Answer Was Filed: **07/25/05.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   Defendant states that the record is complete and accurate.
   Plaintiff states that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Defendant does not intend to submit additional evidence.
   Plaintiff does intend to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   Defendant states that this case does not raise unusual claims or defenses.
   Plaintiff states that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   Defendant states that there are no other matters to raise at this time.
   Plaintiff states that there are no other matters to raise at this time.

8. **PROPOSED BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: **September 19, 2005.**
   B. Defendant's Response Brief Due: **October 19, 2005.**
   C. Plaintiff's Reply Brief (if any) Due: **November 3, 2005.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff **does not** request oral argument.
   B. Defendant **does not** request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B. ( )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

<u>Defendant states there are no other matters to raise at this time.</u>
<u>Plaintiff states there are no other matters to raise at this time.</u>

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

Dated this 17th day of August, 2005.

BY THE COURT:

<u>s/John L. Kane</u>
U. S. District Court Judge

APPROVED:

**<u>s/Georgia M. Gonzales</u>**
Georgia M. Gonzales, Plaintiff Pro Se
16336 Road G
Ordway, CO 81063

**<u>s/Debra J. Meachum  8/11/05</u>**
Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294

**<u>s/Kurt J. Bohn  8/11/05</u>**
Kurt J. Bohn
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Attorneys for Defendant