IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-895-AP

GEORGIA M. GONZALES,

             Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

         Defendant.

## ORDER OF REMAND

Pursuant to Defendant's Unopposed Motion for Remand (doc. #15) filed October 14, 2005, and the provisions of sentence four of 42 U.S.C. § 405(g), the Court remands this case for further administrative proceedings.  Upon remand to the Commissioner's Appeals Council, the case will be remanded to an Administrative Law Judge (ALJ) for further action, including a supplement hearing; Plaintiff will have the opportunity to submit additional evidence relevant to her claim; and  the ALJ will be directed as follows:

> consider additional evidence, including a medical report dated April 20, 2005, from Velma L. Campell, M.D., which Plaintiff submitted to the court with her opening brief;

> reassess Plaintiff's residual functional capacity in light of additional evidence; and

> obtain supplemental testimony from a vocational expert to determine whether Plaintiff's past work was substantial gainful activity within the meaning of the regulations, and, if necessary, whether Plaintiff's vocational factors precluded her from performing other work existing in significant numbers.

The case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Court clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

DATED this 17th of October, 2005.

BY THE COURT:

s/John L. Kane
Judge, United States  District Court

### <u>CERTIFICATE OF MAILING</u>

I hereby certify that on this 14th day of October, 2005, I electronically filed the foregoing "Defendant's [Proposed] Order Of Remand" with the Clerk of Court using the CM/ECMF system, which will send notification of such filing to the following e-mail address:

kurt.bohn@usdoj.gov
d_meachum@hotmail.com
doreen.lee@ssa.gov

Notice will be delivered by U.S. Mail to:

Georgia M. Gonzales
16336 Road G
Ordway, CO 81603

<u>s/Debra J. Meachum</u>
Office of the General Counsel
Social Security Administration